# NO. 12-20-00088-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RODNEY LEE FRY,* *APPELLANT* | § | *APPEAL FROM THE 188TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *KEITH DAMONE COVINGTON,* *APPELLEE* | § | *GREGG COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Rodney Lee Fry, filed an unopposed motion to dismiss this appeal. The motion states that the parties reached a settlement that resolves all outstanding issues in the case. No decision has been delivered in this appeal. Accordingly, Fry's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered May 6, 2020.
*Panel consisted of Worthen, C.J., and Hoyle, J.,*
*Neeley, J., not participating.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 6, 2020**

**NO. 12-20-00088-CV**

**RODNEY LEE FRY,**
Appellant
V.
**KEITH DAMONE COVINGTON,**
Appellee

Appeal from the 188th District Court

of Gregg County, Texas (Tr.Ct.No. 2016-0732-A)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., and Hoyle, J.*
*Neeley, J., not participating.*